# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| 155 Route 10 Associates, Inc., *et al.*,[1] | Case No. 12-24414 (NLW) |
| Debtors. | Joint Administration Requested |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the attorneys set forth below, hereby appear as counsel to **Salus Capital Partners, LLC** ("**Salus**") and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned request that an entry be made on the Clerk's Matrix in these cases, and that all notices given or required to be given and all papers served or required to be served, in these cases, be given to and served on:

| | |
|---|---|
| Jeffrey M. Rosenthal | John F. Ventola |
| Jason H. Kislin | Jennifer Conway Fenn |
| Greenberg Traurig, LLP | Choate, Hall & Stewart LLP |
| 200 Park Avenue | Two International Place |
| Florham Park, NJ 07932 | Boston, MA 02110 |
| Telephone: (973) 360-7930 | Telephone: (617) 248-5000 |
| Facsimile: (973) 301-8410 | Facsimile: (617) 248-4000 |
| rosenthalj@gtlaw.com | jventola@choate.com |
| kislinj@gtlaw.com | jfenn@choate.com |

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities,

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: 155 Route 10 Associates, Inc. (7269), SDA, Inc. (7289) and Wayne Philadelphia Associates, Inc. (7249).

NY 242,088,024v1 6-5-12

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the Debtors, (b) property of the Debtors' estate, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a (i) consent to the jurisdiction of the Bankruptcy Court, or (ii) waiver of Salus' rights (a) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (b) to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) to any other rights, claims, actions, setoffs or recoupments to which Salus is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs and

recoupments Salus expressly reserves.


Dated: June 5, 2012
      Florham Park, NJ

                        **GREENBERG TRAURIG, LLP**

                        By: /s/ *Jeffery M. Rosenthal*
                            Jeffrey M. Rosenthal
                            Jason H. Kislin
                            200 Park Avenue
                            Florham Park, New Jersey 07932
                            Telephone: (973) 360-7900
                            Facsimile: (973) 301-8410
                            rosenthalj@gtlaw.com
                            kislinj@gtlaw.com

                            and-

                            Choate, Hall & Stewart LLP
                            John F. Ventola *Pro Hac Vice Pending*
                            Jennifer Conway Fenn *Pro Hac Vice Pending*
                            Two International Place
                            Boston, MA 02110
                            Telephone: (617) 248-5000
                            Facsimile: (617) 248-4000
                            jventola@choate.com
                            jfenn@choate.com

                        *Counsel for Salus Capital Partners, LLC*

## CERTIFICATION OF SERVICE

I certify that on June 5, 2012, this office cause the within Notice of Appearance and Request for Service of Papers to be served on the Clerk of the United States Bankruptcy Court for the District of New Jersey, *via electronic filing*. I further certify that on June 5, 2012, the foregoing Notice of Appearance and Request for Service of Papers was served by electronic transmission (SM/ECF System) to the parties on the clerk's list who receive electronic notifications of filings.

*/s/ Jeffrey M. Rosenthal*

DATED: June 5, 2012