BARTON LLP
Eric W. Sleeper, Esq.
420 Lexington Avenue
New York, NY 10170
Phone: (212) 687- 6262
Fax: (212) 687- 3667
Email: esleeper@bartonesq.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>155 ROUTE 10 ASSOCIATES, INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 12-24414<br><br>(Jointly Administered) |

**ENTRY OF APPEARANCE, REQUEST FOR NOTICE**
**AND REQUEST TO BE ADDED TO MAILING MATRIX**

TO:    Clerk, United States Bankruptcy Court For the District of New Jersey

PLEASE TAKE NOTICE, that the undersigned counsel as local counsel to Edward Phillips, as trustee of the ABS Creditor Trust ("the ABS Creditor Trustee"), hereby enters its appearance in the within jointly administered cases, and requests that it, together with lead counsel to the ABS Creditor Trustee, be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filings made in this case and its proceedings, and all notices given or required to be given in this case and its proceedings, be given to and served upon the undersigned at the following addresses:

Eric W. Sleeper, Esq.
Barton LLP
420 Lexington Avenue
New York, New York 10170
Phone: (212) 687- 6262
Fax: (212) 687- 3667
Email: esleeper@bartonesq.com

and

Joseph M. Coleman, Esq.
Robert J. Taylor, Esq.
Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Phone: (214) 777-4280
Fax: (214) 777-4299
Email: jcoleman@krcl.com
btaylor@krcl.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010 (b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex, telecopier, or otherwise.

PLEASE TAKE FURTHER NOTICE that the ABS Creditor Trustee intends that neither this Notice of Appearance, nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the ABS Creditor Trustee is or may be entitled to under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion therein.

                        **BARTON, LLP**

                  By:    */s/ Eric W. Sleeper*
                           Eric W. Sleeper

Dated: June 5, 2012

## **CERTIFICATE OF SERVICE**

I certify that on June 5, 2012, this office caused the within Entry of Appearance, Request for Notice and Request to be Added to Mailing Matrix ("Notice of Appearance") to be served on the Clerk of the United States Bankruptcy Court for the District of New Jersey, *via electronic filing*. I further certify that on June 5, 2012, the foregoing Notice of Appearance was served by electronic transmission (CM/ECF System) to the parties on the clerk's list who receive electronic notification filing in this case.

*/s/ Eric Sleeper*

DATED: June 5, 2012